1030

[No. 4932-9-III.   Division Three.   July 19, 1983.]

RITCH SCHUMANN, *Respondent,* v. P. W. BERRY
COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Adams
County, No. 13410, Gordon Swyter, J., entered December 9,
1981. *Affirmed* by unpublished opinion per Green, J., con-
curred in by Roe, C.J., and McInturff, J.

[Nos. 5426-8-III; 5430-6-III.   Division Three.   July 21, 1983.]

*In the Matter of the Welfare of*
LESTER SALSBERRY.

LESTER SALSBERRY, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

*In the Matter of the Welfare of*
CLINT SALSBERRY.

CLINT SALSBERRY, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for Walla
Walla County, Nos. 81-7-00010-9, 81-7-00011-7, James B.
Mitchell, J., entered September 23, 1982. *Affirmed* by
unpublished opinion per Roe, C.J., concurred in by Green
and Munson, JJ.

[No. 5119-6-III.   Division Three.   July 21, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. COLTON
J. COPELAND, *Appellant.*

Appeal from a judgment of the Superior Court for Che-
lan County, No. 5917, Charles W. Cone, J., entered March
15, 1982. *Affirmed* by unpublished opinion per Munson, J.,
concurred in by Roe, C.J., and Green, J.